## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SUSAN FINGER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-00414-MN |
| | ) | |
| v. | ) | |
| | ) | |
| EVERBRIDGE, INC., DAVID HENSHALL, | ) | JURY TRIAL DEMANDED |
| DAVID BENJAMIN, RICHARD D'AMORE, | ) | |
| ALISON DEAN, ROHIT GHAI, KENT | ) | |
| MATHY, SIMON PARIS, SHARON | ) | |
| ROWLANDS, and DAVID WAGNER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants

have neither served an answer or a motion for summary judgment in the Action.

Dated:  April 17, 2024

**LONG LAW, LLC**

By:    */s/ Brian D. Long*
_____
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*